IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DOWNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHENOM PEOPLE, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-03781 |

## ORDER

**AND NOW**, this **12th day** of **August 2024**, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval (ECF No. 69), the Declaration of Melissa L. Stewart (ECF No. 69-2), and the Settlement Agreement and Release ("Agreement") (ECF No. 69-3), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The Court preliminarily approves the Settlement, as set forth in the Parties' Agreement, and adopts the settlement procedure set forth in the Agreement, because the Court finds that it will likely be able to approve the Settlement under Rule 23(e)(2) of the Federal Rules of Civil Procedure. This Order incorporates by reference the definitions in the Agreement and all terms defined therein shall have the same meaning in this Order.

2. The Court finds that the prerequisites and considerations of Rule 23 are satisfied and preliminarily certifies, for settlement purposes only, the following class: Sales Development Representatives employed in Pennsylvania during the period September 27, 2020, through the Release Date.

3. The Court appoints Outten & Golden LLP and Winebrake & Santillo, LLC as Class Counsel.

4. The Court approves the proposed notice plan, including the form and content of the Official Court Notice of Class Action Settlement ("Class Notice") and Official Court Notice of Settlement and Opportunity to Join ("Collective Notice") (together, "Notices"). The Court orders the Notices be issued under the terms of the Agreement.

5. The Fairness Hearing will be held on **December 19, 2024, at 9:30 a.m.** before the Hon. Chad F. Kenney, in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106, to determine all necessary matters concerning the Settlement, including: whether the proposed Settlement is fair, adequate, and reasonable; whether the Settlement should be finally approved by the Court; whether to grant the request for attorneys' fees and costs payment, and any requested Service Awards; and whether a Final Approval Order should be entered.

6. The Motion for Final Approval shall be filed by Class Counsel by **December 5, 2024**. The Motion for Final Approval shall include: (a) an affidavit by the Settlement Administrator of due diligence and proof of issuing the Notices as required by this Order and the Agreement; (b) an application for attorneys' fees, costs, and Service Awards; (c) supporting affidavits from Class Counsel regarding the fairness, adequacy, and reasonableness of the Settlement or any aspect of the Agreement; and (d) a proposed Final Approval Order.

7. Pending the Fairness Hearing, all proceedings in this action, other than those necessary to carry out or enforce the terms of the Agreement and this Order, are stayed.

**BY THE COURT:**

**/s/ Chad F. Kenney**
**CHAD F. KENNEY, J.**