UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DOWNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHENOM PEOPLE, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-03781-CFK<br><br>Judge Chad F. Kenney |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

For the reasons set forth in Plaintiff's Memorandum of Law in Support of his Unopposed Motion for Final Approval of Settlement and the declarations of Pooja Shethji, Deirdre A. Aaron, and Makenna Snow and the respective exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

a.  Granting final approval of the Settlement on the terms set forth in the Parties' Settlement Agreement and Release ("Agreement"), attached as Exhibit 1 to the Declaration of Pooja Shethji;

b.  Certifying for settlement purposes the proposed Pennsylvania Rule 23 class and Fair Labor Standards Act collective as defined;

c.  Authorizing the requested Services Awards for Plaintiff George Downey and Opt-In Plaintiff Joseph Solomon; and

d.  Awarding Class Counsel, Outten & Golden LLP and Winebrake & Santillo, LLC, their out-of-pocket expenses and attorneys' fees of one-third of the Total Settlement Amount.

Dated: December 5, 2024

Respectfully submitted,

/s/ *Pooja Shethji*
Pooja Shethji*
OUTTEN & GOLDEN LLP
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
Tel.: (202) 847-4400
Fax: (646) 952-9114
Email: pshethji@outtengolden.com

Melissa L. Stewart*
Emma R. Janger*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 245-1000
Fax: (646) 509-2060
Email: mstewart@outtengolden.com
Email: ejanger@outtengolden.com

Deirdre A. Aaron (323389)
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Tel.: (215) 866-1551
Email: daaron@winebrakelaw.com

* Admitted pro hac vice

*Attorneys for Plaintiff, the Collective, and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that December 5, 2024, a true and correct copy of the foregoing document was served upon all counsel of record via ECF.

                                                */s/ Pooja Shethji*
                                                Pooja Shethji