IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DOWNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHENOM PEOPLE, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-03781 |

# ORDER

**AND NOW**, this **23rd day of December 2024**, following a Fairness Hearing on December 19, 2024, and upon consideration of Plaintiff's Unopposed Motion for Final Approval of Settlement (ECF No. 72), the Settlement Agreement and Release ("Agreement") (ECF No. 72-3), and the Declarations of Pooja Shethji, Deirdre Aaron, and Makenna Snow (ECF Nos. 72-2, 72-4, and 72-5), the Court hereby **GRANTS** the Motion, and **ORDERS** as follows:

1. The Court, pursuant to Fed. R. Civ. P. 23, certifies a settlement class compromised of individuals employed by Phenom People, Inc. as Sales Development Representatives ("SDRs") in Pennsylvania during the period September 27, 2020, through November 21, 2023.

2. The Court also certifies, pursuant to the Fair Labor Standards Act ("FLSA"), a settlement collective of individuals employed by Phenom People, Inc. as SDRs nationwide, except in Pennsylvania, during the period September 27, 2020, through November 21, 2023.

3. The Court approves the Settlement as fair, reasonable, and adequate based upon the Court's consideration of the criteria described in the 2018 amendments to Rule 23, *see* Fed. R. Civ. P. 23(e)(2), and the largely overlapping factors described in *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975).

4. The Court also approves the Settlement pursuant to the FLSA as a fair and reasonable resolution of a bona fide dispute which furthers the FLSA's implementation.

5. The Court approves Plaintiff's request for attorneys' fees and reimbursement of costs.

6. The Court approves as reasonable the $10,000 Service Award to Plaintiff George Downey and the $2,500 Service Award to Opt-In Plaintiff Joseph Solomon.

7. The Clerk is directed to dismiss this action with prejudice.

8. The Court retains jurisdiction to enforce the Agreement.

**BY THE COURT:**

*/s/ Chad F. Kenney*
**CHAD F. KENNEY, J.**