UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE DOWNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHENOM PEOPLE, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-03781-CFK<br><br>Judge Chad F. Kenney |

**STIPULATION AND [PROPOSED] ORDER REGARDING APPROVAL OF CY PRES**

Plaintiff George Downey, individually and on behalf of all others similarly situated, and Defendant Phenom People, Inc. ("Phenom" or "Defendant"), by and through their undersigned attorneys, respectfully submit this Stipulation and [Proposed] Order Regarding the Approval of Cy Pres:

1. WHEREAS, on December 23, 2024, this Court granted Plaintiff's Unopposed Motion for Final Approval of Settlement, ECF No. 74;

2. WHEREAS, the Settlement Agreement and Release ("Settlement Agreement") provides that after the expiration of the check void date, any portion of the Total Settlement Amount that is not distributed shall either be redistributed pro rata to Participating Class Members and Participating Collective Members who cashed or otherwise negotiated a Settlement Check; or if a redistribution is impractical on the basis that the amount remaining in the fund is similar to or less than the cost of a second distribution, it shall be donated to a jointly selected cy pres recipient that is approved by the Court, *see* ECF No. 72-3 (Settlement Agreement) § 10.1.v;

3.      WHEREAS, following the initial 120-day check cashing period, a total of $3,815.77 remained in the Qualified Settlement Fund and was available for redistribution;

4.      WHEREAS, on July 11, 2025, the Settlement Administrator redistributed pro rata the remainder of the Settlement Fund to Participating Class Members and Participating Collective Members who cashed or otherwise negotiated a Settlement Check, with a check void date of November 8, 2025;

5.      WHEREAS, after the expiration of the redistribution check cashing period, the Settlement Administrator informed the Parties that as of November 19, 2025, there was a total of $408.44 in uncashed checks remaining in the Qualified Settlement Fund;

6.      WHEREAS, the Parties agree that the remaining settlement funds are small enough that the remaining amount should be donated to a mutually agreeable cy pres charity;

7.      WHEREAS, the National Employment Law Project is a 501(c)(3) not-for-profit organization that does national policy and advocacy work to combat wage theft and promote enforcement of employment law, *see About Us*, National Employment Law Project, https://www.nelp.org/about-us/ (last visited Dec. 11, 2025), and the Parties agree its work is closely related to the purpose of this action;

8.      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, and respectfully request that the Court approve, the distribution of the remaining uncashed funds to the National Employment Law Project as cy pres designee.

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted, |
| | |
| /s/ Pooja Shethji | /s/ Shelly R. Pagac |
| Pooja Shethji* | Shelly R. Pagac (32971) |
| OUTTEN & GOLDEN LLP | HOUSTON HARBAUGH, P.C. |
| 1225 New York Ave., Suite 1200B | Three Gateway Center |
| Washington, D.C. 20005 | 401 Liberty Ave., 22nd Fl. |
| (202) 847-4400 | Pittsburgh, PA 15222 |
| pshethji@outtengolden.com | (412) 288-2264 |
| | pagacsr@hh-law.com |
| Melissa L. Stewart* | |
| Emma R. Janger* | *Attorney for Defendant* |
| OUTTEN & GOLDEN LLP | |
| 685 Third Avenue, 25th Floor | |
| New York, NY 10017 | |
| (212) 245-1000 | |
| mstewart@outtengolden.com | |
| ejanger@outtengolden.com | |

Deirdre A. Aaron (323389)
Peter Winebrake (841503)
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 866-1551
daaron@winebrakelaw.com
pwinebrake@winebrakelaw.com

\* Admitted *pro hac vice*

*Attorneys for Plaintiff and the Class and Collective*

|  |  |
|---|---|
|  | SO ORDERED: |
|  |  |
| Date: | _____ |
|  | Hon. Chad F. Kenney |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on December 12, 2025, a true and correct copy of the foregoing was served via ECF upon all counsel of record.

*/s/ Pooja Shethji*
Pooja Shethji
